

Kevin M. Capuzzi
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, New Jersey 07601-6323
Direct Dial:  302.442.7063
Fax:  302.442.7012
kcapuzzi@beneschlaw.com

January 13, 2023

**VIA CM/ECF**
The Honorable Jessica S. Allen
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *Pride Funding LLC v. Cranford Harrison Developers LLC*;
Case No. 2:22-cv-07471-MCA-JSA

Dear Judge Allen,

Pursuant to the Court's January 4, 2023 Text Order (D.I. 4) and in response to Defendants' letter submission to the Court (D.I. 6), please accept this letter stating Plaintiff Pride Funding LLC's citizenship.

Pride Funding LLC is a limited liability company formed under the laws of the State of New York.  Its members are David Coffey, Charles Noto, Sr., and Charles Noto, Jr..  All three individuals are residents of the State of New York.  Thus, Plaintiff is deemed to be a citizen of State of New York.

Plaintiff therefore agrees that this Court has jurisdiction over the above-referenced case pursuant to 28 U.S.C. § 1332, and does not oppose proceeding in this Court.

Should Your Honor have any questions, I am available at the convenience of the Court.

Respectfully submitted,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*/s/ Kevin M. Capuzzi*

Kevin M. Capuzzi (NJ No. 173442015)

KMC:jm

cc:  All counsel of record